RECEIVED
JUN 21 2005
ROBERT H. SHEMWELL
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

UNITED STATES

versus

CHARLES KESSEE

CRIMINAL NO. 03-50038-01
JUDGE TOM STAGG

## **J U D G M E N T**

Based on the foregoing Memorandum Ruling;

**IT IS ORDERED** that Charles Kessee's motion pursuant to 28 U.S.C. § 2255 (Record Document 94) be resolved by granting Kessee the judicial remedy of an out-of-time direct appeal. All other claims for relief presented in the motion and amendment are **STAYED** and **HELD IN ABEYANCE** pending the outcome of the appeal. To effectuate the out-of-time appeal, the judgment in this criminal case (Document 89) is hereby **REINSTATED** on the criminal docket as required by United States v. West, 240 F.3d 456 (5th Cir. 2001). The time for appeal is the ten-day period provided in Federal Rule of Appellate Procedure 4(b)(1)(A).

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 21st day of June, 2005.

JUDGE TOM STAGG